UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NRT TECHNOLOGIES, INC., a Nevada corporation,<br>　　　　　　Plaintiff,<br>v.<br>TAVOLO TECH LLC, a Michigan limited liability company; OBJECT STUDIO LLC, a Texas limited liability company; RYAN MCCLELLAN, an individual; and STEVEN NAGATA, an individual,<br>　　　　　　Defendants | Case No. 2:25-cv-01882-MMD-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(First Request) |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1, Plaintiff NRT Technologies, Inc. ("Plaintiff"), by and through its counsel of record, Defendants Object Studio LLC ("Object Studio") and Steven Nagata ("Nagata"), by and through their counsel of record, hereby agree and stipulate to an extension of time for all Defendants in this case to file and serve their answer or otherwise respond to the Complaint (ECF No. 1). Defendants Object Studio and Nagata were served with the Summons and Complaint on October 7, 2025, and so the current response deadline is October 28, 2025 (ECF Nos. 12-13). Defendant Tavolo Tech LLC ("Tavolo") was served on October 8, 2025, making the current response deadline is October 29, 2025 (ECF No. 14). Defendant Ryan McClellan ("McClellan") was served on October 22, 2025, making the current response deadline is November 12, 2025 (ECF No. 15).

The parties agree that all Defendants shall have up to and including November 24, 2025, to answer or otherwise respond to the Complaint (ECF No. 1). This is the first request by the parties for such an extension.

1

1  Good cause for this request exists because counsel for Defendants Object Studio and
2  Nagata was only recently engaged in this matter and requires additional time to investigate the
3  facts of this matter and review and discuss the allegations set forth in the Complaint in order to
4  better understand the facts and circumstances surrounding the present dispute. In addition,
5  Defendants Tavolo and McClellan have engaged counsel located out-of-state to represent them in
6  this matter and require additional time to prepare and submit pro hac vice petitions with the Court.
7  Accordingly, this Stipulation is made for good cause and not for purposes of delay.
8  ///
9  ///
10 ///   **IT IS SO ORDERED**
       Dated: October 29, 2025
11 ///
12 ///
13 ///   _____
       Nancy J. Koppe
14 ///   United States Magistrate Judge
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2