W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

John F. Bennett, Esq.
Has complied with LR IA 11-2
Paul J. Linden, Esq.
Has complied with LR IA 11-2
Derek M. Freitas, Esq.
Has complied with LR IA 11-2
FROST BROWN TODD LLP
301 East Fourth Street, Suite 3300
Cincinnati, Ohio 45202
Telephone: (513) 651-6423
Email: jbennett@fbtlaw.com
Email : plinden@fbtlaw.com
Email : dfreitas@fbtlaw.com

*Attorneys for Plaintiff, NRT Technologies, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NRT TECHNOLOGIES, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TAVOLO TECH LLC, a Michigan limited liability company; OBJECT STUDIO LLC, a Texas limited liability company; RYAN MCCLELLAN, an individual; and STEVEN NAGATA, an individual,<br><br>Defendants. | Case No. 2:25-cv-01882-MMD-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**<br><br>(First Request) |

4910-1358-7069, v. 2

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiff NRT Technologies, Inc. ("Plaintiffs" or "NRT") and Defendants Tavolo Tech LLC ("Tavolo"), Object Studio LLC ("Object Studio"), Ryan McClellan ("McClellan"), and Steven Nagata ("Nagata") (with Tavolo, Object Studio, McClellan, and Nagata, collectively, the "Defendants"), hereby agree and stipulate, and request the Court's permission, to extend the following deadline:

1. On November 24, 2025, Defendants filed Defendants' Motion to Dismiss Under Rule 12(b)(6) and Supporting Memorandum of Points and Authorities (ECF No. 25) (the "Motion"). Under LR 7-2 and Federal Rule of Civil Procedure 6, Plaintiff's response to the Motion is presently due on December 8, 2024.

2. In light of the intervening Thanksgiving holiday and other pending professional commitments of the parties' undersigned counsel, Plaintiff has requested, and Defendants have agreed, to grant Plaintiff a 14-day extension of time to file its response to the Motion, to December 22, 2025, and Defendants have requested, and Plaintiff has agreed to grant Defendants a 14-day extension of time to file their reply to Plaintiff's response to the Motion, up to and through January 16, 2026.

3. The parties agree that the foregoing circumstances constitute good cause for the requested extension of time. This is the parties' first request for an extension. The parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of this action, and not for purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| HOWARD & HOWARD ATTORNEYS PLLC | GILE LAW GROUP |
| By:   /s/ Jonathan W. Fountain | By:   /s/ Ryan Gile |
| W. West Allen, Esq. | Ryan Gile, Esq. |
| Nevada Bar No. 5566 | 1140 N. Town Center Dr., Suite 100 |
| Jonathan W. Fountain, Esq. | Las Vegas, NV 89144 |
| Nevada Bar No. 10351 | Telephone: (702) 703-7228 |
| 3800 Howard Hughes, Suite 1000 | Email: rg@gilelawgrpoup.com |
| Las Vegas, NV 89169 | |
| Telephone: (702) 257-1483 | *Attorneys for Defendants* |
| Email: wwa@h2law.com | *Tavolo Tech LLC, Ryan McClellan,* |
| Email: jwf@h2law.com | *Object Studio LLC, and Steven Nagata* |

4910-1358-7069, v. 2

*Attorneys for Plaintiff*
*NRT Technologies, Inc.*

| | |
|---|---|
| FROST BROWN TODD LLP | BROOKS KUSHMAN P.C. |
| John F. Bennett, Esq. | Marc Lorelli, Esq. |
| Has complied with LR IA 11-2 | Has complied with LR IA 11-2 |
| Paul J. Linden, Esq. | Christopher C. Smith, Esq. |
| Has complied with LR IA 11-2 | Has complied with LR IA 11-2 |
| Derek M. Freitas, Esq. | Cameron M. Anstess, Esq. |
| Has complied with LR IA 11-2 | Has complied with LR IA 11-2 |
| 301 East Fourth Street, Suite 3300 | 150 W. Second St., Suite 400N |
| Cincinnati, Ohio 45202 | Royal Oak, MI 48067 |
| Telephone: (513) 651-6423 | Telephone: (248) 358-4400 |
| Email: jbennett@fbtlaw.com | Email: mlorelli@brookskushman.com |
| Email: plinden@fbtlaw.com | Email: csmith@brookskushman.com |
| Email: dfreitas@fbtlaw.com | Email: canstess@brookskushman.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *NRT Technologies, Inc.* | *Tavolo Tech LLC and Ryan McClellan* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISRTICT JUDGE

DATED: December 3, 2025

- 3 -

4910-1358-7069, v. 2