W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com

John F. Bennett, Esq.
Has complied with LR IA 11-2
Paul J. Linden, Esq.
Has complied with LR IA 11-2
Derek M. Freitas, Esq.
Has complied with LR IA 11-2
FROST BROWN TODD LLP
301 East Fourth Street, Suite 3300
Cincinnati, Ohio 45202
Telephone: (513) 651-6423
Email: jbennett@fbtlaw.com
Email : plinden@fbtlaw.com
Email : dfreitas@fbtlaw.com

*Attorneys for Plaintiff, NRT Technologies, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NRT TECHNOLOGIES, INC., a Nevada corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>TAVOLO TECH LLC, a Michigan limited liability company; OBJECT STUDIO LLC, a Texas limited liability company; RYAN MCCLELLAN, an individual; and STEVEN NAGATA, an individual,<br><br>                    Defendants. | Case No. 2:25-cv-01882-MMD-NJK<br><br>**ORDER GRANTING STIPULATION**<br>**FOR EXTENSION OF TIME**<br><br>(Second Request) |

*(left margin, vertical)* HOWARD & HOWARD ATTORNEYS PLLC

- 1 -

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1, Plaintiff NRT Technologies, Inc. ("Plaintiffs" or "NRT") and Defendants Tavolo Tech LLC ("Tavolo"), Object Studio LLC ("Object Studio"), Ryan McClellan ("McClellan"), and Steven Nagata ("Nagata") (with Tavolo, Object Studio, McClellan, and Nagata, collectively, the "Defendants"), hereby agree and stipulate, and request the Court's permission, to extend the following deadline:

1.      On November 24, 2025, Defendants filed Defendants' Motion to Dismiss Under Rule 12(b)(6) and Supporting Memorandum of Points and Authorities (ECF No. 25) (the "Motion").  Under LR 7-2 and Federal Rule of Civil Procedure 6, Plaintiff's response to the Motion was initially due on December 8, 2024.

2.      On December 3, 2025, the parties stipulated to extend the deadline in light of the Thanksgiving holiday and other pending professional commitments of the parties' counsel to December 22, 2025.  (ECF Nos. 26.)    The Court granted the parties' request.  (ECF No. 27.)

3.      Plaintiff has now requested, and Defendants have agreed, to grant Plaintiff a second 14-day extension of time to file its response to the Motion, from December 22, 2025 to January 5, 2026.  Plaintiff seeks a second 14-day extension of time because members of Plaintiff's litigation team have recently suffered from very serious illnesses and others are engaged in depositions in other matters occurring every business day during the week of December 15 up to and through December 23, 2025.  In conjunction with Plaintiff's request, Plaintiff has agreed to grant Defendants a reciprocal, 14-day extension of time, for Defendants to file their reply, from January 16, 2026 to January 30, 2026.

4.      The parties agree that the foregoing circumstances constitute good cause for the requested extension of time.  This is the parties' second request for an extension.  The parties make this stipulation in good faith, to promote the just, speedy, and inexpensive determination of this action, and not for purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

HOWARD & HOWARD ATTORNEYS PLLC

By:    /s/ Jonathan W. Fountain
W. West Allen, Esq.
Nevada Bar No. 5566

GILE LAW GROUP

By:    /s/ Ryan Gile
Ryan Gile, Esq.
1140 N. Town Center Dr., Suite 100

4936-7164-8898, v. 1

HOWARD & HOWARD ATTORNEYS PLLC

1  Jonathan W. Fountain, Esq.
   Nevada Bar No. 10351
2  3800 Howard Hughes, Suite 1000
   Las Vegas, NV 89169
3  Telephone: (702) 257-1483
   Email: wwa@h2law.com
4  Email: jwf@h2law.com

5

6  *Attorneys for Plaintiff*
   *NRT Technologies, Inc.*

7

8  FROST BROWN TODD LLP
   John F. Bennett, Esq.
9  Has complied with LR IA 11-2
   Paul J. Linden, Esq.
10 Has complied with LR IA 11-2
   Derek M. Freitas, Esq.
11 Has complied with LR IA 11-2
   301 East Fourth Street, Suite 3300
12 Cincinnati, Ohio 45202
   Telephone: (513) 651-6423
13 Email: jbennett@fbtlaw.com
   Email : plinden@fbtlaw.com
14 Email : dfreitas@fbtlaw.com

15
   *Attorneys for Plaintiff*
16 *NRT Technologies, Inc.*

Las Vegas, NV 89144
Telephone: (702) 703-7228
Email: rg@gilelawgrpoup.com

*Attorneys for Defendants*
*Tavolo Tech LLC, Ryan McClellan,*
*Object Studio LLC, and Steven Nagata*

BROOKS KUSHMAN P.C.
Marc Lorelli, Esq.
Has complied with LR IA 11-2
Christopher C. Smith, Esq.
Has complied with LR IA 11-2
Cameron M. Anstess, Esq.
Has complied with LR IA 11-2
150 W. Second St., Suite 400N
Royal Oak, MI 48067
Telephone: (248) 358-4400
Email: mlorelli@brookskushman.com
Email: csmith@brookskushman.com
Email: canstess@brookskushman.com

*Attorneys for Defendants*
*Tavolo Tech LLC and Ryan McClellan*

17

18

19  **IT IS SO ORDERED:**

20

21

22  _____
    UNITED STATES DISTRICT JUDGE
23

24  DATED: _December 15, 2025_____

25

26

27

28

*HOWARD & HOWARD ATTORNEYS PLLC*

- 3 -